CITY OF KLAMATH FALLS,
a municipal corporation,
*Appellant,*

*v.*

OREGON DEPARTMENT OF
ENVIRONMENTAL QUALITY
and Oregon Environmental Quality Commission,
agencies of the State of Oregon,
*Respondents.*

(9104083-CV; CA A75570)

851 P2d 607

Peter Glaser, Washington, D.C., argued the cause for appellant. With him on the brief were Doherty, Rumble & Butler, Washington, D. C. and Richard M. Glick, Shelley Larkins and Davis Wright Tremaine, Portland.

John T. Bagg, Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Chief Judge, and Rossman and Riggs, Judges.

PER CURIAM

## PER CURIAM

The City of Klamath Falls appeals from the trial court's dismissal of its declaratory judgment action, in which it contended that the Department of Environmental Quality and the Environmental Quality Commission (EQC) had failed to act within one year of the city's request for water quality certification for a hydroelectric project, and had thereby waived the certification requirement. The trial court held that it lacked jurisdiction and that exclusive jurisdiction over the issue was in this court, as part of our review of EQC's final contested case order under ORS 183.482. The trial court was correct, and we have decided the issue in *City of Klamath Falls v. Environ. Quality Comm.*, 119 Or App 375, 851 P2d 602 (1993).

Affirmed.